IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LAZARO JUSTEZ,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.                                        CASE NO. 1D14-3805

FLORIDA DEPARTMENT OF
CORRECTIONS,

Respondent.

_____/

Opinion filed July 8, 2015.

Petition for Writ of Certiorari -- Original Jurisdiction.

Lazaro Justez, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Tammy Sherrell Metcalf, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition for writ of certiorari is denied on the merits.

ROBERTS, C.J., THOMAS and RAY, JJ., CONCUR.